**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NADIANA MARIANI, *Plaintiff*, v. RAYMOURS FURNITURE COMPANY, INC., and ALAN J. KLUMP, *Defendants*. | No. 24-cv-10912 (MEF)(CLW) **ORDER** |

United States Magistrate Judge Cathy L. Waldor has issued a Report and Recommendation advising the Court to deny the Plaintiff's motion to remand.  See ECF 16.

The Report and Recommendation is thorough and well reasoned.

No party has objected to any aspect of Judge Waldor's recommendation.  Now the deadline for objections has passed.

Against this backdrop, and in light of the standard of review here, see Equal Emp. Opportunity Comm'n v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017), the Court adopts the Report and Recommendation.

The motion to remand, see ECF 6, is denied.

IT IS on this 28th day of May, 2025, so **ORDERED**.

/s/ Michael E. Farbiarz
_____
Michael E. Farbiarz, U.S.D.J.